UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| CARL LANE GREEN, | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:18-cv-01292-MHH-SGC |
| STATE OF ALABAMA, | ) |
| Respondent. | ) |

## **MEMORANDUM OPINION**

On June 23, 2021, the magistrate judge entered a report in which she recommended that the claims in this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied as time-barred. (Doc. 17). The magistrate judge also recommended that a certificate of appealability be denied. (Doc. 17). Although the magistrate judge notified Mr. Green of his right to file objections within 14 days, the Court has not received objections.

After consideration of the record in this case, including the magistrate judge's report and recommendation, the Court adopts the findings of fact and the statute of limitations analysis and finds that Mr. Green's habeas petition is time-barred because he waited too long to file his petition. The Court also notes that Mr. Green's complaints about jail or prison conditions cannot be resolved in a habeas petition, and Mr. Green has notified the Court that he was moved to a work release facility in

Montgomery, Alabama sometime after he complained about jail conditions. (Doc. 16).

The Court will enter a separate final order and will not issue a certificate of appealability. If Mr. Green wishes to appeal, he must request a certificate of appealability from the Eleventh Circuit Court of Appeals. 11th Cir. Rule 22-1(b).

**DONE** and **ORDERED** this July 27, 2021.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE